**Dismiss and Opinion Filed April 20, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01143-CV

**QUESTCARE MEDICAL SERVICES, P.A. D/B/A QUESTCARE PARTNERS AND JARED LEE RICHARDSON, M.D., Appellants**

**V.**

**CADEN CLARK, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KATINA CLARK, AND AS NEXT FRIEND OF A.O.C. AND A.F.C., MINORS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06294-C**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Francis

Appellants have filed a motion to dismiss this appeal, stating the parties have resolved their differences. *See* TEX. R. APP. P. 42.1(a). We grant the motion and dismiss the appeal. *See id.*

/Molly Francis/

MOLLY FRANCIS
151143F.P05                                      JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

QUESTCARE MEDICAL SERVICES, P.A.
D/B/A QUESTCARE PARTNERS AND
JARED LEE RICHARDSON, M.D.,
Appellants

No. 05-15-01143-CV        V.

CADEN CLARK, INDIVIDUALLY AND
AS REPRESENTATIVE OF THE ESTATE
OF KATINA CLARK, AND AS NEXT
FRIEND OF A.O.C. AND A.F.C.,
MINORS, Appellees

On Appeal from the County Court at Law
No. 3, Dallas County, Texas
Trial Court Cause No. CC-14-06294-C.
Opinion delivered by Justice Francis,
Justices Fillmore and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

On the parties' agreement, we **ORDER** each party bear its own costs of this appeal.

Judgment entered April 20, 2016.